No. 765. JETT v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *John Jay Hooker, Jr.,* and *William R. Willis, Jr.,* for petitioner. *Solicitor General Marshall, Acting Assistant Attorney General Roberts, Joseph M. Howard* and *John P. Burke* for the United States.

No. 772. FELBURN v. NEW YORK CENTRAL RAILROAD CO. ET AL. C. A. 6th Cir. Certiorari denied. *Albert R. Teare* and *Donald A. Teare* for petitioner. *Daniel L. Morris* and *John F. Dolan* for respondents.

No. 846. COMMISSIONER OF INTERNAL REVENUE v. ESTATE OF BORAX ET AL. C. A. 2d Cir. Certiorari denied. *Acting Solicitor General Spritzer, Acting Assistant Attorney General Roberts, Robert N. Anderson* and *Gilbert E. Andrews* for petitioner. *Julius G. Hirsch* for Estate of Borax et al. and *Gerald H. Ullman* for Wondsel, respondents.

No. 891. ANDERSON ET AL. v. SHUFORD. C. A. 10th Cir. Certiorari denied. *Robert C. Hawley* for petitioners. *William H. Erickson* for respondent.

No. 917. ESTATE OF MAYER v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Edward S. Bentley* for petitioner. *Solicitor General Marshall, C. Moxley Featherston* and *Meyer Rothwacks* for respondent.

No. 927. PANCZKO v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Melvin B. Lewis* and *Julius Lucius Echeles* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.